UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA MOE,<br><br>               Plaintiff,<br><br>v.<br><br>DONALD TRUMP, *in his official capacity as* President of the United States, *et al.*,<br><br>               Defendants. | Case No.: 1:25-cv-00653-RCL |

**UNOPPOSED MOTION FOR RENEWED PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1, Plaintiff Maria Moe respectfully files this unopposed motion for entry of a new preliminary injunction as to all Defendants.

Plaintiff relies on the concurrently filed memorandum of points and authorities, the Complaint, the declarations filed in support thereof, and other documents filed in this action to support the requested relief. Pursuant to Local Civil Rule 7(m), undersigned counsel states that they have met and conferred with opposing counsel regarding this motion. Defendants have represented that they will not oppose this motion. ECF No. 72 at 2 n.1.

Because of Defendants' non-opposition and because the legal and factual issues are substantially similar to Plaintiff's prior motions, Plaintiff does not believe a hearing is necessary but respectfully requests that the Court schedule an expedited hearing on this motion if the Court desires one.

Pursuant to Local Rule 65.1(c), copies of this motion and all pleadings and papers filed in this action shall be furnished to opposing counsel at the time of filing through the Court's electronic filing system.

Dated: May 16, 2025

/s/ *Alexander Shalom*
Alexander Shalom
Natalie J. Kraner
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
(973) 597-2500
ashalom@lowenstein.com
nkraner@lowenstein.com

Jennifer L. Levi
Sarah K. Austin (*admitted pro hac vice*)
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
jlevi@glad.org
saustin@glad.org

Amy Whelan (*admitted pro hac vice*)
Christopher F. Stoll (*admitted pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
1401 21st St.
Ste #11548
Sacramento, CA 95811
415-365-1338
awhelan@nclrights.org
cstoll@nclrights.org

*Attorneys for Plaintiff*