IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA MOE,<br><br>                Plaintiff,<br><br>   v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                Defendants. | Civil Action No. 1:25-cv-653 |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order on November 17, 2025 granting Plaintiffs' Motion for a Renewed Preliminary Injunction. (ECF No. 96).

Dated: November 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JEAN LIN
Special Litigation Counsel

/s/ *Alexander J. Yun*
ALEXANDER J. YUN
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*