IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARIA MOE,

    Plaintiff,

v.

DONALD TRUMP, in his official capacity as President of the United States, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-653

## [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion to Stay Proceedings and for good cause shown, the motion is hereby GRANTED. All proceedings in this case are stayed until May 20, 2026, except as to any motions to extend or renew the preliminary injunction, any issue that may arise from compliance with that preliminary injunction, the entry of any protective order, any motions to amend the complaint to add new plaintiffs and for preliminary injunctive relief regarding those plaintiffs, and other case management issues. Either Plaintiff or Defendants may move to lift the stay at any time.

SO ORDERED.

DATED: 2-18-26

By: _____
Royce C. Lamberth
United States District Judge